UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN M. THOMAS, | ) <br> ) |
| Petitioner, | ) <br> ) |
| v. | ) Civil Action No. 04-10701-JLT <br> ) |
| EDWARD FICCO, | ) <br> ) |
| Respondent. | ) <br> ) |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE ANSWER OR RESPONSIVE PLEADINGS TO
<u>PETITION FOR WRIT OF HABEAS CORPUS</u>**

The respondent, Edward Ficco, Superintendent of Souza-Baranowski Correctional Center, through counsel, respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to May 20, 2004.

As grounds therefor, the respondent's attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondent's attorney requested the record of the petitioner's state court proceedings from the Suffolk County District Attorney's office. The district attorney's office could not located the files, which will speak to whether the petitioner has exhausted his state court remedies for the claims he now asserts.

2

3. The respondent's attorney must now attempt to locate the documents from another source, which will require additional time.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to May 20, 2004.

                Respectfully submitted,

                THOMAS F. REILLY
                ATTORNEY GENERAL

                /s Susanne G. Reardon
                Susanne G. Reardon
                Assistant Attorney General
                Criminal Bureau
                One Ashburton Place
                Boston, Massachusetts 02108
                (617) 727-2200 ext. 2832
                BBO No. 561669

Dated: April 29, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon petitioner, at the address below on April 29, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows:

Sean M. Thomas, pro se
P.O. Box 8000
Shirley, MA 01464

                /s Susanne G. Reardon
                Susanne G. Reardon
                Assistant Attorney General