UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SEAN M. THOMAS )<br>      Petitioner, )<br>)<br>v. )<br>)<br>EDWARD FICCO )<br>      Respondent. )<br>) | Civil Action No. 04-10701-JLT |

## RESPONDENT'S MOTION TO DISMISS
## PETITION FOR WRIT OF HABEAS CORPUS

The respondent, Edward Ficco, hereby moves this Honorable Court to dismiss the Petition for Writ of Habeas Corpus filed by the petitioner Sean M. Thomas. As grounds therefor, the respondent states that the petition is time barred pursuant to 28 U.S.C. § 2244(d)(1). The respondent relies on the accompanying memorandum of law in support of his motion to dismiss.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s Susanne G. Reardon
Susanne G. Reardon, BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832

Date: May 20, 2004