UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

SEAN M. THOMAS
PETITIONER

V.

EDWARD FICCO
RESPONDENT

CIVIL ACTION No. 04-10701-JLT

## MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO THE RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. 2254

The Petitioner respectfully moves this Honorable Court to grant motion for enlargement of time, for reasons the Petitioner hereby wish to file an "opposition" to the Respondent's motion to dismiss petition for Writ of Habeas Corpus.

Further, pursuant to Fed. Rules Civ.Proc. Rules 6, section (b), Petitioner request that he have until the 17th of the month of June, for reasons set forth in the Petitioner's motion for appointment of counsel.

respectfully submitted,

Sean M. Thomas, Pro se.
SBCC
P.O.BOX 8000
Shirley, MA. 01464

DATED: 5/31/04

### CERTIFICATE OF SERVICE

I Sean M. Thomas, certify that I sent true copy of the above said motion to the Respondent's counsel located at the Attorney General's Office on One Ashburton Place, Criminal Bureau, Boston MA. 02108, on this 31th day of May.

Sean M. Thomas, Pro se.