UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

SEAN M. THOMAS
PETITIONER

V.

EDWARD FICCO
RESPONDENT

CIVIL ACTION No. 04-10701-JLT

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes the Petitioner who hereby respectfully moves this Honorable Court to grant motion for appointment of counsel for reasons that the Petitioner is pro se and have not to receive appointment of counsel since his state prosecution from September 17, 1990 until June 12, 1991, the date of his guilty plea hearing. Petitioner who have the means to seek post-conviction relief have filed for appointment of counsel before the motion Judge and the Appellate court, bothtimes petitioner was denied appointment of counsel.

Further, due to the complexity and the danger of filing his petition within the means of section 2254(d)(1) & (2), 2254(e)(2) and section 2244(d)(B), Petitioner seek to invoke the statutory provision that tolls the running of the limitations period.

Respectfully submitted,

Sean M. Thomas, Pro se.
SBCC
P.O. BOX 8000
Shirley, MA. 01464

DATED: 5/3/04