UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

SEAN M. THOMAS
PETITIONER

2004 JUL -1 P 11: 23
U.S. DISTRICT COURT
DISTRICT OF MASS.

EDWARD FICCO
RESPONDENT

CIVIL ACTION No. 04-10701-JLT

### PETITIONER'S MOTION IN OPPOSITION TO THE RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS

Now comes the petitioner who respectfully moves this Honorable Court to allow his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. section 2254 and pursuant to section 2244(d)(1), for reasons the petitioner seeks to "Invoke Equitable Tolling" doctrine, due to extraordinary circumstances, where he was prevented from filing his Habeas claims.

The Petitioner set forth a predicate claim of denial of the right of access to the courts, where the Petitioner had diligently pursued his federal claim prior to the Antiterrorism and Effective Death Penalty Act of 1996(AEDPA) and until the date that he petitioned the state court for post-conviction relief, as demonstrated in his memorandum of law, and affidavit in support of opposition.

Respectfully submitted,

Sean M. Thomas, Pro se.
SBCC
P.O.BOX 8000
Shirley, MA. 01464

DATED: 6/15/04