FILED
CLERKS OFFICE

2004 JUL 8  A 11:21

U.S. DISTRICT COURT
DISTRICT OF MASS.

Sean M. Thomas
SBCC
P.O. Box 8000
Shirley, MA 01464

Mr. Tony Anasta
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

July 5, 2004

Dear Mr. Tony Anasta;

    Pease find enclosed EXHIBIT #8 in support of Petitioner's Affidavit, in support of his Opposition to the Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus.

    The Petitioner was subject to prison authority that has denied him access to the Law Library, therefore hampering his efforts to make photo copies and provide proof of service.

    Please file same with the Court. Thank you for your time and foort in this matter.

Respectfully submitted; *[signature]*




# The Commonwealth of Massachusetts
# Executive Office of Public Safety
## Parole Board

27 Wormwood Street, Suite 400
Boston, Massachusetts 02210-1606
Telephone #(617) 727-3271
Facsimile # (617) 727-2753

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

Maureen E. Walsh
*Chairman*

Timothy F. App
*Executive Director*

## MEMO



TO:         Sean Thomas W-50751
FROM:   Janet R. Sturges, IPO
DATE:    March 18, 2003
RE:         Request for Disciplinary Chronology

I am forwarding a copy of the disciplinary chronology as you requested. The following pages were condensed from the D reports by me, the IPO, and is my interpretation of the ticket. If you want a more accurate take on the ticket you will have to request a copy of the particular ticket through your caseworker.

If you choose to appeal the decision of the Board, you must send your appeal to me for processing.

**Commonwealth of Massachusetts**
**PAROLE BOARD**

DISCIPLINARY CHRONOLOGY

Sean Thomas
Commitment Name   (F, MI, L, suffix)
Commitment No.   W-50751

| NUMBER | DATE OF OFFENSE | BEHAVIOR | DISPOSITION |
|---|---|---|---|
| 91-715 | 07-15-91 | Threatening to do bodily harm to another inmate. | Time served. Reclass. |
| 91-952 | | Fighting | 5 days isol. |
| 91-1993 | 09-29-91 | Fighting. | 15 days isol. |
| 91-2052 | 10-06-91 | Had his window covered. Insolence to staff. | Refer to 91-2053. |
| 91-2053 | 10-06-91 | Refused several direct orders to remove a towel from the window. | 10 days isol ss 30 days. |
| 91-2264 | 10-29-91 | Refused a housing move. | 15 days isol ss 3 months. |
| 91-2305 | 11-06-91 | Threatened to create a disturbance if not allowed to see unit team. | Reduce to minor. Verbal warning. |
| 91-2300 | 11-05-91 | Refused to give CO his ID. Refused a strip search. | 10 days isol. |
| 91-2534 | 12-08-91 | Asking for special order in chow line. Threatened CO when told to move on. | 15 days isol. CSR. |
| 91-2555 | 12-10-91 | Refused to end his phone call when ordered. | Refer to 91-2556 |
| 91-2556 | 12-10-91 | Kicking his cell door and threatening to set his cell on fire. | 15 days isol. CSR. |
| 91-2678 | 12-27-91 | Refused a housing move. | 7 days isol. |
| 91-2679 | 12-27-91 | Threatening and insolence to CO. | 7 days isol. |
| 91-2680 | 12-27-91 | | 1 weekend isol. |
| 91-2695 | 12-27-91 | Cellmate was observed kissing his buttocks. | 7 days isol ss 6 months. |
| 92-175 | 01-26-92 | Out of place in another cell. | Weekend isol. |
| 92-1290 | 04-07-92 | Refused to lock in. Attempted to leave unit. Pushed CO and slapped his hand away. | 30 days isol. |

| | | | |
|---|---|---|---|
| 92-1328 | 04-07-92 | Threatened CO. Yelling & screaming and shaking his fist. | Combinw w/92-1290 |
| 92-1472 | 04-24-92 | Out of place. Went looking for his ID without a pass. | 5 days room detention. Weekend room detention. |
| 92-1816 | 05-29-92 | Became disruptive because of an issue with his medication. | 7 days isol. |
| 92-2183 | 07-02-92 | Refused several orders to lock in for count. | 5 days room detention. |
| 92-2738 | 08-14-92 | Left the unit without permission. | 5 days room detention. |
| 92-2836 | 08-23-92 | Fighting. | 15 days isol. |
| 92-3332 | 10-06-92 | Fighting. | 15 days isol. |
| 92-4083 | 12-26-92 | Assaulted by two other inmates. | Dismissed. |
| 93-1409 | 05-10-93 | Refused to return his meal tray after chow. Refused to produce his ID. | 7 days isol. |
| 93-1749 | 06-11-93 | Refused to return to his unit during a disturbance. | 15 days isol. |
| 93-1751 | 06-11-93 | Threatened to harm CO and his family. | 15 days isol. |
| 93-1860 | 06-20-93 | Threw his cereal and juice onto the flats because he wanted to use the phone. | 20 days isol. |
| 93-2176 | 07-27-93 | Refused to lock in after his shower. | 2 weeks loss of canteen. |
| 93-2491 | 08-31-93 | Refused to remove a towel from his door. Tried to punch CO. Threatened to throw urine at him. | 2 weeks loss of canteen. |
| 93-2549 | 09-04-93 | Attempting to flood his cell. | 2 weeks loss of canteen. |
| 93-2700 | 09-21-93 | Threatened to harm CO because he wanted a haircut. Refused to lock in. | 3 weeks loss of canteen. |
| 93-3350 | 11-24-93 | 10 ½ " flatstock piece of metal was found under his toilet. | 7 days isol ss 120 days. |
| 93-3517 | 12-20-93 | Attempted to pass a walkman to another inmate. Disobeyed an order to get his meal and return to his cell. | 2 weeks loss of canteen, TV and radio. |
| 94-0121 | 01-18-94 | Refused several orders to lock in. | 4 days isol. |
| 94-1050 | 03-16-94 | During cell search another inmates ID was found in his cell. | 2 weeks loss of canteen. |

| | | | |
|---|---|---|---|
| 94-1377 | 06-07-94 | Refused to report to work. Attempted to go to canteen. | 30 days loss of canteen. 7 days room detention. 15 days loss of yard. |
| 94-1378 | 06-07-94 | Out of his unit without a pass. | 30 days loss of canteen and yard. |
| 94-1647 | 07-05-94 | Approached CO in hostile manner. Punched CO in the face. | 6 months DDU. |
| 94-2515 | 10-26-94 | Turned in a broken radio. | $22.70 restitution. |
| 94-2950 | 12-20-94 | Refused to give CO his lunch tray. | 2 weeks loss of yard. |
| 95-1730 | 09-05-95 | Refused to work in the kitchen. | 2 weeks loss of TV/radio and phone. |
| 95-2005 | 10-25-95 | Was seen leaving chow hall. Attempted to re-enter. Was ordered to his housing unit. Refused and entered chow hall. | 2 weeks loss of canteen, TV and radio. |
| 96-185 | 02-02-96 | Refused a pat search. Verbally disruptive. | 30 days loss of canteen, radio and TV. |
| 96-313 | 02-26-96 | Took the librarian's typewriter and refused a direct order to put it back. | 3 weeks loss of TV/radio, canteen, phone and library. |
| 96-595 | 04-08-96 | Asked for bananas. Was told he would get them when CO was done with diet meals. Threatened CO. Threw a pan of butter on the floor. | 30 days loss of TV/radio, canteen and $5.20 restitution. |
| 96-782 | 05-12-96 | Fighting. | 2 weeks loss of phone, TV, radio and canteen. |
| 96-827 | 05-17-96 | Blocked his window with paper. | 2 weeks loss of phone, TV, radio and canteen. |
| 96-1318 | 07-24-96 | Refused a work assignment. Became disruptive. | 2 weeks loss of phone, TV, radio and canteen. |
| 96-1482 | 08-16-96 | Refused a direct order for a housing move. | 30 days loss of TV/radio, canteen and phone ss 30 days. |
| 96-2420 | 12-11-96 | Failed to provide ample urine sample. | 6 weeks loss of TV/radio, canteen and phone. |
| 97-445 | 03-02-97 | Took two cereals from the chow line and refused to put one back. | 3 weeks loss of phone, TV, radio and canteen. |
| 97-508 | 03-11-97 | Fighting. | 3 weeks loss of TV/radio, canteen and phone. |

| | | | |
|---|---|---|---|
| 97-568 | 03-14-97 | Yelling and threatening to trash his cell. | 4 weeks loss of phone, TV, radio and canteen. |
| 97-1411 | 06-21-97 | Caused a disruption in the library over some books. Called CO a lier. | 2 weeks loss of canteen, TV, and radio. 3 weeks loss of library. |
| 97-1555 | 07-11-97 | Refused a direct order to clear his window. | 3 weeks loss of phone, TV, canteen and radio. |
| 97-1562 | 07-13-97 | Blocked his window. | 4 weeks loss of phone, TV, canteen and radio. |
| 97-1583 | 07-15-97 | Threw his juice onto the flats. | 4 weeks loss of canteen, phone, TV and radio. |
| 97-1642 | 07-24-97 | Threatening to assault CO during alarm response. | 12 weeks loss of canteen, TV/radio and phone. |
| 97-1775 | 08-05-97 | Wrote a letter threatening to murder staff. | Time served. |
| 97-1857 | 08-20-97 | Loud and disruptive. Refused to allow cuffs to be removed. | 2 weeks loss of canteen, phone, TV and radio. |
| 98-0132 | 01-21-98 | Covered his window with a towel. | 4 weeks loss of canteen, TV, radio and phone. |
| 98-0441 | 03-05-98 | Pulled away while being uncuffed. Refused to hand over cuffs. | 6 weeks loss of canteen, phone, TV and radio. $6.00 restitution for cuff key. |
| 98-0442 | 03-05-98 | Became disruptive and threatening after he was told he could not have food in the corridor. | 8 weeks loss of phone, TV, radio and canteen. |
| 98-0969 | 05-14-98 | Under the blanket during major count. | 4 weeks loss of phone, canteen, TV and radio ss 60 days. |
| 98-1663 | 08-16-98 | Showed up late for meds. | 3 weeks loss of phone, canteen, TV and radio, ss 60 days. |
| 98-0369 | 12-09-98 | Refused to cuff up. | 5 days isol. |
| 99-0227 | 02-06-99 | Refused to lock in. | 15 days isol. 8 weeks loss of phone, canteen, TV and radio. |
| 99-0852 | 04-13-99 | Refused a direct order to stand for count. | 2 weeks loss of TV, radio, canteen and phone, ss 60 days. |

| | | | |
|---|---|---|---|
| 99-1259 | 05-27-99 | Told CO in loud voice that he was going to the barber shop. Did not ask permission. | 26 weeks loss of programs. |
| 99-1391 | 06-20-99 | | 15 days isol, 10 days aa 60 days. 6 weeks loss of canteen, visits, TV/radio. |
| 99-1401 | 06-21-99 | 5 library books were confiscated from his cell. Some of them were damaged. | 10 days isol. 4 weeks loss of canteen, phone, TV and radio. $69.67 restitution. |
| 99-1474 | 07-02-99 | | 10 days isol. 4 weeks loss of canteen. |
| 99-1767 | 07-31-99 | | 15 days isol. |
| 99-1830 | 08-07-99 | Had walkman and headphones belonging to another inmate. Gambling paraphernalia found in his sneaker. | 2 weeks loss of canteen. |
| 99-1829 | 08-07-99 | Tore his state sheet to pass messages. | Dismissed. |
| 99-2657 | 11-22-99 | Threatened CO during strip search. | 15 days isol. 2 weeks loss of TV/radio, canteen and phone. |
| 99-2702 | 11-22-99 | Refused to cuff up in the visiting room. | 10 days isol. 2 weeks loss of TV/radio, canteen, and phone. |
| 99-22344 | 12-20-99 | Fighting. | 3 weeks loss of canteen, phone, TV and radio. |
| 00-0218 | 02-03-00 | Refused to provide a urine sample. | 6 weeks loss of phone, canteen, TV and radio. $36.00 restitution. |
| 00-0350 | 02-25-00 | Demanded a copy of his personal account. Threatened to refuse to lock in if he did not get it. | Time served. |
| 00-0438 | 03-09-00 | Refused to provide a urine sample. | 6 weeks loss of canteen, phone, TV and radio. |
| 00-0539 | 03-27-00 | Blocked his cell window. | 3 weeks loss of canteen, phone, TV and radio. |
| 00-0674 | 04-13-00 | Taking unauthorized amounts of state coffee. Previously warned. Insolence to staff. | 2 weeks loss of canteen, phone, TV and radio. |
| 00-1541 | 08-22-00 | Assaulted another inmate. | 3 weeks loss of phone, canteen, TV and radio. |

| | | | |
|---|---|---|---|
| 00-1739 | 09-27-00 | Failed to take his meds in front of CO. | 3 weeks loss of canteen, phone, TV and radio. |
| 00-1809 | 10-06-00 | Assaulted another inmate. | 4 weeks loss of phone, canteen, TV and radio. |
| 01-0177 | 01-28-01 | Had towels and a sheet on his cell bars. | 3 weeks loss of canteen, phone, TV and radio. |
| 01-0863 | 06-09-01 | Refused to mop the floor. Refused to lock in. | 4 weeks loss of canteen, phone, TV and radio. |
| 01-0938 | 06-21-01 | During cell search a TV with broken seals and a walkman belonging another inmate was confiscated. | 4 weeks loss of canteen, pone, TV and radio. |
| 01-1028 | 07-10-01 | Broke the chess board. | $4.75 restitution. |
| 01-1050 | 07-14-01 | Had another inmate's walkman. Refused to give it up. | 3 weeks loss of phone, canteen, TV and radio. |
| 01-1287 | 09-04-01 | Cable tip missing from the wall unit. | $.55 restitution. |
| 01-1662 | 11-09-01 | Had another inmate's radio and broke it. | 2 weeks loss of phon and radio. |
| 02-0007 | 12-28-01 | Bumped CO. Fight ensued with closed fist punches. | 30 weeks loss of phone, canteen, visits, TV and radio. |
| 02-0390 | 03-01-02 | Refused to put his pants on to receive his meds from the nurse. Threatened to flood out. | 3 weeks loss of phone, canteen, TV and radio. |
| 02-0406 | 07-09-02 | Refused to stand for major count. | 5 days isol. |
| 02-0472 | 07-31-02 | Yelling through his food slot. Insolence to CO. | 5 days isol. |
| 02-0484 | 08-02-02 | Tried to pass magazines to another inmate. They were confiscated and he became insolent. | 5 days isol. |
| 02-0490 | 08-05-02 | Refused to stand for count. Had his cell window covered with cardboard. | 5 days isol. |
| 02-0536 | 08-18-02 | Threatened to punch CO and be disruptive. | 4 weeks loss of visits. |
| 02-0537 | 08-19-02 | Refused to stand for count. Blocked his window with cardboard. | 4 weeks loss of phone. |
| 02-0541 | 08-20-02 | Destroyed the light in his cell. | 4 weeks loss of canteen. $27.00 restitution. |

| | | | |
|---|---|---|---|
| 02-1494 | 12-02-02 | Had a home made speaker and was hoarding shampoo and lotion. Created a disturbance in the unit when he found out his stuff had been taken.. Refused to lock in and threatened CO. | 30 days isol. 16 weeks loss of canteen, TV and radio. |
| 03-0103 | 02-01-03 | Refused to stand for count. Insolence and threats to female CO. | 15 days isol. 8 weeks loss of TV, radio and phone. |

Another Page?    Y