UNITED STATES DISTRICT COURT
OF
THE DISTRICT OF MASSACHUSETTS

SEAN MAURICE THOMAS
PETITIONER

V.

EDWARD FICCO
RESPONDENT

CIVIL ACTION No. 2004-10707-JLT

FILED
CLERKS OFFICE
2004 SEP 27 P 3:44
U.S. DISTRICT COURT
DISTRICT OF MASS

MOTION FOR ENLARGEMENT
OF TIME TO FILE A MOTION
FOR OBJECTION TO THE JUDGE
MAGISTRATE'S FINDINGS AND
RECOMMENDATION

The Petitioner respectfully moves this Honorable Court to allow motion for enlargement of time for reasons the Petitioner hereby wish to file an objection to the Judge Magistrate's findings and recommendation on Respondent's motion to Dismiss Petition for Writ of Habeas Corpus.

Further, pursuant to Fed. Rules Civ. Pr. Rule 6, Section (b), Petitioner request that he have until November 17th, 2004 for reasons he is pro se and that his motion for appointment of Counsel was not brought before this Honorable Court after Petitioner file said Motion to the Clerk of Court on 6/15/04. Therefore, Petitioner must research the

-2-

Law and Rules of Civil Procedures and obtain the require documentation involving evidence in support of his motion for objection to the findings and Recommendation

Respectfully submitted

*Sean Maurice Thomas*
Sean Maurice Thomas Pro Se
SBCC
PO Box 8000
Shirley, MA. 01464

Certificate Of Service

I Sean M. Thomas have sworn that he served a true copy of the said motion to the Respondent's counsel, a Ms. Susanne G. Reardon, at One Ashburton Place, The Attorney General's Office, Boston, MA. 02108 on this 21st day of September *Sean M. Thomas*