UNITED STATES DISTRICT COURT
OF
THE DISTRICT OF MASSACHUSETTS

SEAN MAURICE THOMAS
PETITIONER

V

EDWARD FICCO
RESPONDENT

Civil Action No. 1:04-cv-10701-JLT

AFFIDAVIT OF SEAN M. THOMAS
FOR
CERTIFICATE OF SERVICE

1. I, Sean M. Thomas, swear that he made available on the 23th day of September, 2004, his motion for objection to the prison librarian to receive copies to send a true copy for certificate of service, where I provided proof that I had some-deadline in prison, in which I informed the prison librarian the United States District Court Docket containing the due date. I requested to receive the requested photocopies of motion for objection for 9/24/04. The librarian failed to deliver the photocopies on 9/24/04, therefore, I filed a prison grievance requesting other officials have librarian to locate my motions. On 9/28/04, 9/29/04 prison librarian failed to provide me my photocopies. In which (1) 9/30/04 I renew motion for objection and request photocopies on this 30th day of September, 2004

_Sean M. Thomas_