UNITED STATES DISTRICT COURT
OF
THE DISTRICT OF MASSACHUSETTS

SEAN MAURICE THOMAS

V.

EDWARD FICCO

1:04-CV-10701
JLT


# NOTICE OF APPEAL

TO THE UNITED STATES DISTRICT
COURT JUDGE'S ORDER ADOPTING
FOR REPORT AND RECOMMENDATION'S

Now comes the Petitioner
who hereby moves this Honorable Court to
file notice of appeal to the United States
District Court, Judge Tauro's Order: Order entered
Adopting Report And Recommendations for findings
of Facts And Conclusion of Law,, Motion To Dismiss
Petitioner's Petition For Writ of Habeas Corpus,
by the Respondents: Allowed.

Further, Petitioner hereby moves
that the United State District Court, Clerk
kindly bring Notice of Appeal before the Clerk of the
United States Appeals Court.

Respectfully Submitted

Sean M. Thomas

Sean M. Thomas Prose
SBCC
PO Box 8000
Shirley MA. 01464

Dated: 11-18-04

UNITED STATES DISTRICT COURT
OF
THE DISTRICT OF MASSACHUSETTS


Sean Thomas
V
Edward Ficco

1:04-cv-10701
JLT


CERTIFICATE OF SERVICE


I, Sean M. Thomas, Say that
have made a true copy of the said
notice and placed said notice
within a 1st class stamped envelope mailed
and sent to the Respondents' Counsel
a Ms Susanne G. Reardon of the Attorney
Generals Office located at One Ashburton
Place, Criminal Bureau, Boston Ma, 02108,
on this 18th day of November 2004,

Sean M. Thomas.