UNITED STATES DISTRICT COURT
OF
THE DISTRICT OF MASSACHUSETTS

SEAN M. THOMAS
PETITIONER

V.

EDWARD FICOU
RESPONDENT

1:04-CV-10701

FILED
IN OPEN OFFICE

2004 DEC -9 P 1:56

U.S. DISTRICT COURT
DISTRICT OF MASS

04-CV-10701-JLT

MOTION FOR ENLARGEMENT
OF TIME TO FILE A MOTION
FOR CERTIFICATE OF APPEALIBILITY

THE PETITIONER, respectfully moves this Honorable Court to allow motion for enlargement of time to file Certificate of Appealibility pursuant to 28 USC Sec. 2253. Petitioner have filed notice of Appeal without filing Certificate of Appealibility within the U.S. District Court.

Further, Pursuant to Fed. Rules Civ. P. 6, sec. (6), Petitioner request that he have until March 17, 2005, for reasons the prison authorities have denied the Petitioner meaningful Access to the Courts when they denied him access to the Law Library to obtain Legal Supplies and Fed. Rules Civ. P of Federal Habeas Corpus Relief and Fed. Rules Appellate P. of Certificate of Appealibility where is now without Black Ink Pens, typing Papers, Legal Manila envelopes and Legal envelopes. Also, Petitioner have only to rely on Prison Authorities to provide him these items for reasons he is currently housed in Segregation where

prisoners are not allowed out their cells unless prisoners are placed in restraints (hand cuffs and leg Irons). The prison main Law Library is prohibited from segregation inmates where the prison Librarian makes deliveries of legal Law Library Access once a week and delivers Legal Supplies once a week to segregation prisoners that are indigent. At this time, the Librarian have denied Petitioner legal supplies due to the fact petitioner is not indigent, however, Petitioner have consistantly requested legal supplies from Prison Authorities because Petitioner is currently on Canteen restrictions. Further, Prison Authorities are currently causing Petitioner harm to his person where the Prison Staff assigned to the Segregation have damaged his property that consist discovery material and CORI Criminal documents involving his Petition for Habeas Corpus Relief. The Petitioner have greatly pursued Criminal action against prison Staff and Prison Authorities for their on-going Retaliatory bigotry, misconduct that amounted to cruel and unusual punishment and imprisonment. Petitioner is still without Legal Supplies and the Civil Law of Fed. R. App. P. And. Fed. R Civ P.

Respectfully Submitted

Sean M. Thomas pro se
SBCC
PO BOX 8000
Shirley MA. 01464

Dated: 12/8/04

United States District Court

The District of Massachusetts

Sean M. Thomas

V

Edward Ficco

104-cv-10701

## Certificate Of Service

I, Sean M Thomas have swain that I sent a true hand written copy to the Repondent's Counsel Locate at the Ma. Attorneys General Office at IAShburton Place, suite 2300, on this _8th_ day of _December_ 2004.

_Sean M Thomas_