UNITED STATES DISTRICT COURT
OF
THE DISTRICT OF MASSACHUSETTS

SEAN M. THOMAS
PETITIONER

V.

EDWARD FICCO
RESPONDENT

MOTION FOR LEAVE TO APPEAL IN
FORMA PAUPERIS

Now comes the Petitioner who hereby moves this Honorable Court to allow him to proceed in forma pauperis pursuant to Fed. R.App.P. Rule 24(a)(3). The Petitioner Have no source of income but what receive as a gift and he do not have no access to correctional employment assigne to prisoners.

Further, the Petitioner is Indigent and is currently housed in a Administrative segregation that prevent any and all prisoners housed, to participate in programs, prison employments with the exception of a maintenance detail, three inmates per housing unit of 45-beds

Respectfully submitted,

_____
Sean M. Thomas, Pro se
MCI-CEDAR JUNCTION
P.O.BOX 100
S.WALPOLE, MA. 02071

DATE: 1/27/05

UNITED STATES DISTRICT COURT
OF
THE DISTRICT OF MASSACHUSETTS


SEAN M. THOMAS
PETITIONER

V.

EDWARD FICCO
RESPONDENT


CERTIFICATE OF SERVICE

I, Sean M. Thomas, say that I sent a true copy of the said motion to the Respondent's counsel located at 1 Ashburton place, suite 2300, of the Attorney General Office, on this 29th day of January, 2005,