```
                                        SEAN M. THOMAS
                                        MCI-CEDAR JUNCTION
                                        P.O.BOX 100
                                        S.WALPOLE, MA. 02071
```

```
        MR.TONY ANASTA
        OFFICE OF THE CLERK
     UNITED STATES DISTRICT COURT
    ONE COURTHOUSE WAY, SUITE 2300
          BOSTON MA. 02210
```

RE: "**THOMAS v. FICCO-cv-04-10701-JLT**"

July 5,2005

Dear Mr.Tony Anasta:

Petitioner is writing to you in hopes to receive a status report regarding both petitions pertaining CERTIFICATE OF APPEALABILITY AND TO PROCEED FORMA PAUPERIS. At this time, I have been without any notification containing action on both petitions prior to-date, and it is for me to submit a status report to the Court of Appeals for 30-days thereinafter.

The Petitioner request that your office provide him with a "DOCKET ENTRY" containing the parties involved that have filed papers pertaining motions, petitions and letters to the clerk's office within the United States District Court and the Court of Apppeals.

It is at this time that the Petitioner is being subjected to prison officials misconduct by which prison officials are tampering with my legal mail to this court , to the Superior Court for civil action within Suffolk County and also to the Court of Appeals. Further, legal mail that Petitioner have attempted to file before the District Court for reasons to file criminal charges against Prison officials for destroying and tampering with Petitioner's mail, especially his legal mail pertaining Habeas Corpus relief. Also, Petitioner request

MR.TONY ANASTA
JULY 5, 2005
PAGE(2)


that your office provide him with the appropriate application to file criminal charges within the United States District Court regarding mail tampering conducted by prison officials at MCI-Cedar Junction.

Very truly yours,

*[signature]*

cc. Barchard,D
    Donovan,R