UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SEAN M. THOMAS, | * | |
| | * | |
| Petitioner, | * | |
| | * | Civil Action No. 04-10701-JLT |
| v. | * | |
| | * | |
| EDWARD FICCO, | * | |
| | * | |
| Respondent. | * | |

ORDER

July 28, 2005

TAURO, J.

For the reasons stated in the August 26, 2004 Report and Recommendation [#15], Petitioner has failed to make a substantial showing of a denial of a constitutional right.  See 28 U.S.C. § 2253.  Accordingly, Petitioner's Request for Certificate of Appealability [#26] is DENIED.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro
United States District Judge