UNITED STATES DITRICT COURT
OF THE
DISTRICT OF MASSACHUSETTS

SEAN M. THOMAS
PETITIONER

v.

EDWARD FICCO
RESPONDENT

1:04-cv-10701-JLT

MOTION FOR EXTENTION OF TIME
TO FILE NOTICE OF APPEAL

Now comes the Petitioner who respectfully request this Honorable Court to grant Motion to Extend for reasons that the Petitioner have request to file Renewed Certificate of Appealability.

Further, Petitioner have file Memoradum of law in support of Renewed Certificate of Appealabilty, in hopes to make a substantial claim of a denied constitutional right as stated within the Petitioner's Habeas Corpus Petition for relief.

Respectfully submitted,

Sean M.Thomas, Pro se.
MCI-Cedar Junction
P.O.BOX 100
S.Walpole, ma. 02071

DATED: 8/10/05

Certificate of Service
I, Sean M.Thomas have sworn that I have sent a true copy to the Respondent's counsel, Ms.Susanne G.Reardon, located at 1 Ashburton PL., of the Attorney General Office, Criminal Bureau, Boston, MA.02071, on this 10 TH day of August, 2005.
By