UNITED STATES DISTRICT COURT
OF THE
DISTRICT OF MASSACHUSETTS

SEAN M. THOMAS
PETITIONER

V.

EDWARD FICCO
RESPONDENT

1:04-cv-10701-JLT

PETITIONER RENEWED
CERTIFICATE OF APPEALABILITY

Now comes the Petitioner and respectfully moves this Honorable court to grant this renewed request for a certificate of appealability for reasons stated in the accompanying memorandum of law pursuant to 28 USC § 2253(c).

Respectfully submitted,

SEAN M. THOMAS, PRO SE.
MCI-CEDAR JUNCTION
P.O.BOX 100
S.WALPOLE, MA. 02071

DATED: 8/10/05