Jean M. Thomas
MCI- Cedar Junction
P.O. Box 100
S. Walpole, MA. 02071

Mr. Tony Anasta
Clerk's Office
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA. 02210

Re: Thomas v. Ficco 1:04-cv-10701
    Docket Entry Renewed COA

8/5/05

Dear Mr. Anasta:

I'm the Petitioner in the above captioned writing to you in hopes to obtain a docket entry of the renewed COA that I filed on 8/10/05 before the District Court. It appears that your office have not sent me the docket entry pertaining the receipt of the renewed COA.

Further, I'm requesting that your informed the Clerk's office of the United States Court of Appeals for reason's my status report file to the Appellate Liaision sent 8/10/05, I have not yet to receive docket entry pertaining receipt of a copied typed renewed COA.

Jean M. Thomas