# United States Court of Appeals
## For the First Circuit

No. 05-2633
D.C.# 04-10701

SEAN MAURICE THOMAS

Petitioner - Appellant

v.

EDWARD FICCO, Superintendent

Respondent - Appellee

### ORDER OF COURT
### Entered: September 19, 2005

The order of court issued on August 19, 2003 is hereby vacated as another request for a certificate of appealability is pending before the district court.

Accordingly, we direct petitioner-appellant to file a status report in this court by **October 19, 2005,** and *every thirty days thereafter*, advising us of the status of the certificate of appealability. We further order petitioner-appellant to inform us immediately once the district court reaches a decision on the motion for a certificate.

If a status report is not filed by **October 19, 2005** and at **thirty-day intervals** thereafter, this appeal may be dismissed for want of diligent prosecution.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 9/19/05

By the Court:
Richard Donovan, Clerk

**JULIE GREGG**

By:_____
Operations Manager

[Certified copies: Hon. Joseph L. Tauro and Ms. Sarah A. Thornton, Clerk of the United States District Court of Massachusetts]

[cc: Sean Thomas, Susanne G. Reardon, AAG]