SEAN MAURICE THOMAS
MCI-NORFOLK
P.O.BOX 43
NORFOLK, MA. 02056

TONY ANASTA
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
JOHN JOSEPH MOAKLEY COURT HOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA. 02210

RE: "THOMAS v. FICCO/1:04-10701" JLT

October 18, 2005

Dear Mr. Tony Anasta:

    Now comes the Petitioner who respectfully request that this Honorable Court be advised that the Petitioner is currently located at "MCI-NORFOLK, P.O.BOX 43, NORFOLK, MA. 02056," therefore, please send any and all legal business mail to this above mentioned address. Further, the Petitioner respectfully request a "docket entry" stating the Petitioner's anew address change for reasons he have yet to receive this Honorable Court actions referring the Petitioner's Renewed Certificate of Appealability and his Motion to Proceed Forma Pauperis.

    Thank you for you attention to this matter of importance. And kindly bring this to the attention of this court.

Very truly yours,

*[signature]*